UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

ROBERT BRADFORD GRUNO,

Chapter 7
Case No. 24-11727 (LGB)

Debtor.
-----------------------------------------------------------------x

## STIPULATION AND ORDER EXTENDING THE CHAPTER 7 TRUSTEE'S TIME TO OBJECT TO DEBTOR'S DISCHARGE

I. Robert Bradford Gruno (the "Debtor"), filed a voluntary bankruptcy petition under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the Southern District of New York on October 3, 2024.

II. Thereafter, Kenneth P. Silverman, Esq. was appointed the interim chapter 7 trustee (the "Trustee") of the estate and has since duly qualified and is the permanent trustee.

III. Pursuant to the Bankruptcy Code § 341(a) First Meeting of Creditors Notice dated October 3, 2024, January 6, 2025 was fixed as the last day to file objections to the discharge of the Debtor.

IV. Rule 1017(e) of the Federal Rule of Bankruptcy Procedure provides that the time to move for dismissal must be within sixty (60) days from the first date set for the meeting of creditors.

V. The Trustee's time to object to the Debtor's discharge needs to be extended in order to allow the Trustee additional time to receive and review documents requested to complete his investigation into the Debtor's financial affairs.

VI. The Debtor through his counsel has consented to extend the time within which the discharge will be entered pursuant to Bankruptcy Code § 727 and the time within which an objection to such discharge may be interposed by the Trustee, from January 6, 2025 up to, and including, February 6, 2025.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED** by and between the Debtor and the Trustee as follows:

1. The time within which the Trustee may (i) file a complaint objecting to the Debtor's discharge pursuant to Bankruptcy Code § 727 is extended from January 6, 2025 up to, and including, February 6, 2025, without prejudice to the Trustee's rights to seek further extensions.

2. This Stipulation is subject to the approval of the Bankruptcy Court.

3. This Stipulation may be signed in facsimile or .pdf counterparts, which when taken together, shall constitute one original document.

4. The parties hereto consent to the entry of this Stipulation as an Order in this case.

Dated: Jericho, New York  
      January 2, 2025

Chapter 7 Trustee

*s/ Kenneth P. Silverman*

Kenneth P. Silverman, Esq.  
100 Jericho Quadrangle, Suite 300  
Jericho, New York 11753  
(516) 479-6300

Dated: Smithtown, New York  
      January 2, 2025

Counsel to Chapter 7 Debtor    *s/ Ronald S. Cook*

Ronald S. Cook, Esq.  
Ronald S. Cook, P.C.  
45 Derby Place  
Smithtown, NY 11787  
(888)-275-2620