## **Documents to be Produced**

1.      All documents and records of checking, savings, or any other type of account, foreign or domestic in which **ROBERT BRADFORD GRUNO** (hereinafter referred to as the "Debtor") had any interest, including but not limited to monthly account statements, checks, check registers, check stubs, cancelled checks, and deposit slips, for the period of 2018 to the present.

2.      All documents that refer to, relate to, reflect or concern any transfers made to or from any financial account held for the benefit of the Debtor, by any third party, for the period of 2018 to the present.

3.      All signature cards that name the Debtor as an authorized signatory on any financial account, for any entity or other third party, for the period of 2018 to the present.

4.      All documents submitted to any bank and/or financial institution, or any other person or entity, by or on the behalf of the Debtor, for any loan or advance, in any capacity (borrower, guarantor, or surety) for the period of 2018 to the present.

5.      All documents concerning any interest in, or claimed title to, any certificates of deposit, letters of credit, money orders, cashier's checks, traveler's checks, bank deposits or escrow funds in which the Debtor had any interest for the period of 2018 to the present.

6.      All documents related to any account into which any of the Debtor's earnings or other income has been deposited, for the period of 2018 to the present, whether the Debtor continued to have an interest in it or not.

7.      All documents evidencing the Debtor's having authority to access any safe deposit box or other bank-secured area, for the period of 2018 to the present.

8.      All documents evidencing any application signed by the Debtor or on behalf of the Debtor or the Debtor's spouse and/or children, to open a foreign or offshore financial account in the name of the Debtor or any other person or entity for the period of 2018 to the present.

9.      All documents evidencing IRA contracts for all IRAs in which the Debtor had any interest, for the period of 2018 to the present.

10.     All documents evidencing IRA's or 401K's that were "rolled over" in which the Debtor had any interest for the period of 2018 to the present.

11.     Complete contribution and distribution records for All IRA's or 401K's in which the Debtor had any interest for the period of 2018 to the present.

12.     All bills and/or living expenses paid by means of the Debtor's IRA or 401K distributions for the period of 2018 to the present.

13.     All documents evidencing any loans taken against the Debtor's IRA or 401K, for the period of 2018 to the present.

14.     All documents that refer, reflect, or relate to any real property owned by the Debtor for the period of 2018 to the present.

15.     All documents that refer, reflect, or relate to encumbrances on any real property owned by the Debtor, for the period of 2018 to the present.

16.     All documents evidencing ownership of real property in which the Debtor held any direct or indirect interest, for the period of 2018 to the present.

17.     All checks, receipts, deeds or other evidence of the sale or transfer of any real property in which the Debtor had any interest, for the period of 2018 to the present.

18.     All lease agreements for real property in which the Debtor is the landlord, or in which the Debtor has a beneficial interest.

19.     All lease agreements for real property in which the Debtor is the lessor or lessee.

20.     All documents that evidence the Debtor's name on any real property tax records for the period of 2018 to the present.

21.     All deeds or other documents evidencing title to any real property in the name of Debtor as trustee for any other person or entity.

22.     All deeds of trust or mortgages held in favor of Debtor for the period of 2018 to the present.

23.     All documents evidencing any time-shares in which Debtor held any interest, for the period of 2018 to the present.

24.     All appraisals or other forms of valuation for any property in which the Debtor had any interest, for the period of 2018 to the present.

25.     Promissory notes or mortgages signed by the Debtor for the period of 2018 to the present.

26.     All deeds and mortgages by which the Debtor held property as tenants by the entireties, tenants in common or joint tenants.

27.     Certificates of title or other evidence of ownership of any vehicle, including but not limited to car, truck, trailer, boat, watercraft, motorcycle, four-wheeler, recreational vehicle, go-kart, aircraft, agricultural equipment, or construction equipment, owned by, in possession of, or used by Debtor.

28.     All note receivables, pledges or security interest in favor of Debtor for the period of 2018 to the present.

29.     All homeowner's insurance policies and other insurance policies or riders that have insured any property that Debtor owns had any interest in, for the period of 2018 to the present.

30.     All documents evidencing household furnishings and fixtures that have been purchased for the period of 2018 to the present that had a purchase price of $999 or more.

31.     All documents evidencing all dock slips or the right to dock any watercraft, for which Debtor had a legal or beneficial interest, for the period of 2018 to the present.

32.     All documents that relate to any livestock owned by Debtor for the period of 2018 to the present.

33.     All documents evidencing all collectibles (i.e. stamps, coins, sports cards, etc.) in which Debtor had any interest, for the period of 2018 to the present.

34.     All documents that relate to any guns, jewelry, antiques, art, paintings or other similar assets in which Debtor had any interest for the period of 2018 to the present.

35.     All documents evidencing any interest of Debtor in any patents, trademarks, copyrights, franchises, royalties, oil and gas rights, timber rights and/or mineral rights, for the period of 2018 to the present.

36.     All documents that identify the name and addresses of any person or entity that has employed Debtor for the period of 2018 to the present.

37.     All documents that identify any person or entity that for whom Debtor has acted as an independent contractor, for the period of 2018 to the present.

38.     All documents referring in any way, directly or indirectly, to All businesses in which Debtor has been or is currently a stockholder, partner, officer, director, owner, or registered agent, for the period of 2018 to the present.

39. All corporate charters, minutes of stockholders meetings, resolutions, and/or recorded evidence of any kind relating to the affairs of any corporation in which Debtor has had any interest, or any subsidiary or other entity in which such corporation holds an ownership interest, for the period of 2018 to the present.

40. All documents evidencing all customers and clients who have done business with any business entity in which Debtor has had any interest, for the period of 2018 to the present.

41. All local, state and federal tax returns filed by or on behalf of Debtor for the period of 2018 to the present, including all attachments, schedules, W-2's, K-1's, 1099 and 1098 forms.

42. All documents referring, relating or pertaining to any records of salaries, commissions, bonuses, income from employment, wages, pay stubs, dividends, royalties, allowances, expenses or other sums of money paid to or on behalf of the Debtor for the period of 2018 to the present.

43. All employment contracts in which Debtor had any interest for the period of 2018 to the present.

44. All documents and records of stocks, bonds, mutual funds, debentures, certificates of deposit or any other investment vehicle owned or held for the benefit of Debtor.

45. All documents relating to any retirement accounts or annuities, whether individual or employer sponsored, that are owned by Debtor, or held for the benefit of Debtor.

46. All rent rolls for all properties in which Debtor has had an ownership or other interest, for the period of 2018 to the present.

47. All 1099-D's or 1099-I's issued to Debtor for the period of 2018 to the present.

48. All documents referring to any stock options or profit-sharing plans held by Debtor or for the benefit of Debtor, for the period of 2018 to the present.

49. All documents that evidence a cash value in any life insurance policy in which Debtor had any interest, for the period of 2018 to the present.

50. All documents evidencing any trusts or amendments to trusts in which the Debtor is a grantor, settlor, trustee, or beneficiary, for the period of 2018 to the present.

51. All documents evidencing All trusts or amendments to trusts to which the Debtor has directly or indirectly contributed any assets, for the period of 2018 to the present.

52. All pre- and post-nuptial post-nuptial agreements in which Debtor had any interest, for the period of 2018 to the present.

53. All separate property agreements in which Debtor had any interest, for the period of 2018 to the present.

54. All Wills, codicils and amendments, in which Debtor had any interest, whether as testator, executor, trustee or beneficiary, for the period of 2018 to the present.

55. All passports in the name of Debtor for the period of 2018 to the present.

56. All credit card statements, for all credit cards in which Debtor was an authorized user, for the period of 2018 to the present.

57. All documents referring or reflecting the name and address of any storage facility or mini-warehouse to which Debtor had access, for the period of 2018 to the present.

58. All financial statements that Debtor caused to be prepared for any lender or creditor, for the period of 2018 to the present.

59. All professional licenses that are held be Debtor, for the period of 2018 to the present.

60. All driver's licenses held by Debtor for the period of 2018 to the present.

61. Debtor's birth certificate.

62. All divorce decrees and all affidavits submitted in divorce proceedings involving the Debtor.

63. All other documents relating to the debtor's assets, income, liabilities and expenses during the period of 2018 to the present.