UNITED STATES BANKRUPTCY COURT  Chapter 7
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   Case No. 24-11727-lgb
In re

    ROBERT BRADFORD GRUNO,

                                        Debtor.
-------------------------------------------------------------------X

# ORDER PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING EXAMINATION OF DEBTOR AND PRODUCTION OF DOCUMENTS

UPON the application, dated January 3, 2025 (the "Application") [ECF 11], of UNITED JOINT VENTURE, L.P. ("Movant") for an order pursuant to Fed. R. Bankr. P. 2004 directing the production of documents by, and oral examination of, ROBERT BRADFORD GRUNO ("Debtor"); and the Objection to the Application (the "Objection") [ECF 15] having been filed by Debtor on January 29, 2025; and Movant having filed the Reply in Response to the Objection (the "Response") on February 5, 2025; and the Court having held a hearing to consider the Application, the Objection, and the Response on February 6, 2025 (the "Hearing"), at which Movant and Debtor appeared through counsel; and upon the record of the Hearing; and no additional notice being required except as specified herein; and, after careful consideration and due deliberation, the Court having concluded that the Movant has established sufficient cause for the relief granted herein; now, therefore, it is hereby ORDERED that:

    1.    The Movant is authorized, pursuant to Fed. R. Bankr. P. 2004, to conduct an oral examination of the Debtor.

2. The Debtor shall appear for examination, under oath, at a time and place to be specified by counsel for the Movant, upon at least thirty days' notice to the Debtor together with a copy of this Order.

3. The Debtor shall produce to counsel for the Movant, at least ten business days before the examination referred to in the preceding paragraph, all of the documents in the Debtor's possession, custody or control set forth in listed in Exhibit "A" to this Order.

4. The production and examination required hereby are subject to any applicable privilege; provided that, if production of a document required to be produced hereby is withheld on the basis of an asserted privilege, the Debtor shall provide a proper privilege log to the Movant's counsel at the time of document production hereunder.

5. The Debtor shall, prior to conducting an electronic search utilizing search terms, meet and confer with the Movant's counsel to attempt to agree on appropriate search terms.

6. All disputes concerning production of documents or oral examination, including objections thereto, that are not resolved by agreement of the parties may be raised only by letter brief to the Court not exceeding five pages, single spaced. The other party shall file a responsive letter brief within three business days, which shall not exceed five pages, single spaced. Copies of such letter briefs shall also be emailed to the Court's chambers.

7. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

Dated:  New York, New York
         March 5, 2025

                                          */s/ Lisa G. Beckerman*
                                        **HONORABLE LISA G. BECKERMAN**
                                        **UNITED STATES BANKRUPTCY JUDGE**